**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7928**

———————

MELVIN P. DEUTSCH,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; UNITED
STATES MARSHALS SERVICE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-95-408-2)

———————

Submitted:  April 15, 1996          Decided:  April 29, 1996

———————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Melvin P. Deutsch, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and appellant appealed. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeal. Deutsch v. United States Dep't of Justice, No. CA-95-408-2 (E.D. Va. Nov. 9, 1995) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2